IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE ROBERT E. BLACKBURN

Criminal Action No.  07-cr-00429-REB-20

UNITED STATES OF AMERICA,

 Plaintiff,
v.

THANH  TRANG  NGUYEN,

 Defendant.

## ORDER EXONERATING BOND

 This court has granted a government motion to voluntarily dismiss the charges against the defendant.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

 **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

 **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

 DATED at Denver, Colorado, August 26,2010.

       BY THE COURT:

        s/ Robert E. Blackburn
     By:_____
      UNITED STATES DISTRICT JUDGE
      DISTRICT OF COLORADO